UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BACON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY;<br>and DOES 1 through 25, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18cv139-JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 8]** |

On April 10, 2018, the parties filed a joint motion asking the Court to continue the telephonic Early Neutral Evaluation Conference ("ENE") and the Case Management Conference ("CMC") and to adjust all associated deadlines accordingly. ECF No. 8 at 2; see also ECF No. 7. In support, the parties state that Kate S. Gold, lead trial counsel for Defendant, has a previously scheduled meeting in New York on May 4, 2018 that conflicts with the ENE and CMC. Id. The parties thus ask the Court to continue the ENE and CMC from May 4, 2018 at 10:00 a.m. to May 11, 2018 at 10:00 a.m., or the next earliest date available. Id.

/ / /

/ / /

/ / /

Having reviewed the parties' joint motion and finding good cause, the Court **GRANTS** the motion as follows:

| Action | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Telephonic, attorneys only ENE and CMC | May 4, 2018 at 10:00 a.m. | **May 11, 2018 at 10:00 a.m.** |
| Submit confidential ENE statements | April 26, 2018 | May 3, 2018 |
| Meet and confer pursuant to Federal Rule of Civil Procedure 26(f) | April 13, 2018 | April 20, 2018 |
| File a Joint Discovery Plan | April 24, 2018 | May 1, 2018 |
| Exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D) | April 27, 2018 | May 4, 2018 |

See ECF No. 7. All other requirements remain as previously set. See id.

**IT IS SO ORDERED.**

Dated: 4/11/2018

Hon. Barbara L. Major
United States Magistrate Judge